# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| S. F., § | |
| § | |
| Plaintiff, § | Civil Action No. 4:23-cv-00864 |
| v. § | Judge Mazzant/Judge Davis |
| § | |
| DENTON COUNTY, TEXAS et al., § | |
| § | |
| Defendants. § | |
| § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On June 12, 2025, the Magistrate Judge entered a Report and Recommendation (Dkt. #125) that Plaintiff S.F.'s Motion for Summary Judgment (Dkt. #76) be denied, and Defendant Denton County's Motion for Summary Judgment (Dkt. #77) be granted in part and dismissed as moot in part. On July 11, 2025, Plaintiff filed Amended Objections (Dkt. #132) to the Report.

The Court has conducted a *de novo* review of the Objections and is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the Objections are without merit as to the ultimate findings of the Magistrate Judge. Accordingly, the Objections (Dkt. #132) are **OVERRULED** and the Magistrate Judge's Report is **ADOPTED** as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff S.F.'s Motion for Summary Judgment (Dkt. #76) is hereby **DENIED.**

It is **FURTHER ORDERED** that Defendant Denton County's Motion for Summary Judgment (Dkt. #77) be **GRANTED IN PART** and **DISMISSED AS MOOT IN PART**. Plaintiff S.F.'s claims related to her 2023 incarceration are **DISMISSED WITHOUT PREJUDICE**. Plaintiff S.F.'s claims against Defendants Richardson and Kissinger, her claims related to her 2024 incarceration, and her claim under Texas Code of Criminal Procedure Art. 16.22 are **DISMISSED WITH PREJUDICE**. Defendant Denton County's arguments regarding damages are **DISMISSED AS MOOT**.

All relief not previously granted is **DENIED**.

**IT IS SO ORDERED**.

SIGNED this 8th day of December, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE